SHAW, Justice.
We have for review the decision in TGI Development, Inc. v. CV Reit, Inc., 665 So.2d 366 (Fla. 4th DCA 1996), wherein the district court certified conflict with Woodson v. Martin, 663 So.2d 1327 (Fla. 2d DCA 1995), quashed, 21 Fla. L. Weekly S446, 685 So.2d 1240 (Fla.1996). We have jurisdiction. Art. V, § 3(b)(4), Fla. Const.
In accordance with our decision in HTP Ltd. v. Lineas Aereas Costarricenses S.A., 21 Fla. L. Weekly S447, 685 So.2d 1238 (Fla.1996), we approve the decision of the district court in the instant case.
It is so ordered.
OVERTON, GRIMES, HARDING, WELLS and ANSTEAD, JJ., concur.